PJC
F. #2021R00440

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
\*   JUNE 12, 2023    \*
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -

ZHIBIN LAI,
     also known as "Jason,"

                   Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

NOTICE OF MOTION

Cr. No. 23-CR-246

Judge Kiyo A. Matsumoto
Magistrate Judge Vera M. Scanlon

       PLEASE TAKE NOTICE that the undersigned will move this Court, before a judge to be assigned, for leave to file an information upon the defendant ZHIBIN LAI's waiver of indictment pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    Brooklyn, New York
             June 12, 2023

                                      BREON PEACE
                                      United States Attorney
                                      Eastern District of New York

                                      GLENN S. LEON
                                      Chief, Fraud Section
                                      Criminal Division
                                      U.S. Department of Justice

                 By:    /s/Patrick J. Campbell
                           Patrick J. Campbell
                           Trial Attorney, Fraud Section
                           Criminal Division
                           U.S. Department of Justice
                           (718) 254-6366

Cc:    Clerk of the Court
        Todd Spodek, Esq.