UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

THE UNITED STATES OF AMERICA

CASE NO.: 23-cr-00246-**1** (ARR)

- against -

**APPEARANCE OF COUNSEL**

**ZHIBIN LAI,**

                           Defendant.
-----------------------------------------------------------------------X

TO: The Clerk of Court and all parties of record I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for **ZHIBIN LAI.**

Dated:     New York, NY
             June 13, 2023

/S/_____
Todd A. Spodek
Spodek Law Group, P.C.
85 Broad Street, 18th Fl.
New York, NY 10004
Main: (212) 300-5196
Fax: (212) 300-6371
<ts@spodeklawgroup.com>

TO:     All Counsel (By ECF)