UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -                                        Cr. No. 23-CR-246 (ARR)

ZHIBIN LAI,

                Defendant.

- - - - - - - - - - - - - - - - - -X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Trial Attorney Andrew Estes from this point forward will be added as counsel in the above-captioned matter.

All future correspondence to the United States in the above-captioned matter should be sent to:

    DOJ Trial Attorney Andrew Estes
    United States Attorney's Office (Criminal Division)
    271 Cadman Plaza East, 5th Floor
    Brooklyn, New York 11201
    Tel: (718) 254-6250
    Email: Andrew.Estes@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Trial Attorney Andrew Estes at the email address set forth above.

Dated: Brooklyn, New York
        June 27, 2023

Respectfully submitted,

By:   /s/ Andrew Estes
      Andrew Estes
      Trial Attorney
      Criminal Division, Fraud Section
      U.S. Department of Justice

cc: Clerk of the Court