**CRIMINAL CAUSE FOR PLEADING:**

BEFORE: Allyne R. Ross, U.S.D.J.    DATE: 6/27/23    TIME:2:00
CR-23-246 ( ARR )

DEFT NAME: Zhibin Lai                              #
  X  present  ____ not present  ____ cust.  ____ x  bail

DEFENSE COUNSEL: **Todd A. Spodek**
  X  present  ____ not present  ____ CJA  ____ x RET.  ____ LAS

**A.U.S.A.**: Andrew Este _____ CLERK: D. La Salle

Rep. Stacy Mace _____ OTHER: _____
INT: (LANG.- ____ ) _____

xx  CASE CALLED. ____ DEFENDANT'S FIRST APPEARANCE.
DEFT xx  SWORN  ____ ARRAIGNED xx  INFORMED OF RIGHTS
  ____ WAIVES TRIAL BEFORE DISTRICT COURT

____ WAIVER OF INDICTMENT EXECUTED FOR DEFT.
____ SUPERSEDING INDICTMENT / INFORMATION FILED.
____ DEFT FAILED TO APPEAR,  BENCH WARRANT ISSUED.
____ DEFT ENTERS A PLEA OF NOT GUILTY TO ALL CTS.

Xx  DEFT ENTERS  **GUILTY PLEA** TO CTS.____ One _____ O  F
  (Superseding) INDICTMENT/INFORMATION.
____ DEFT **WITHDRAWS** NOT GUILTY PLEA AND ENTERS **GUILTY PLEA** TO CTS._
  _____ Of the indictment.
XX  COURT FINDS FACTUAL BASIS FOR THE PLEA.
Xx  SENTENCING SET FOR 9/27/23 @ 11:00am

____ DEFT ENTER **NOT GUILTY PLEA.**
Xx  BAIL xx  SET  ____ CONTINUED FOR DEFT.
____ DEFT CONTINUED IN CUSTODY.
____ CASE ADJOURNED TO_____ FOR _____
____ JURY SELECTION SET FOR _____  ____ BY MAG.
____ TRIAL SET FOR _____
____ **SPEEDY TRIAL** INFO FOR DEFT  ____ STILL IN EFFECT
  CODE TYPE____ START_____ STOP_____

  ____ORDER / WAIVER EXECUTED & FILED.  ____ ENT'D ON RECORD.

OTHER: Plea agreement marked as government exhibit one; Plea
agreement returned to A.U.S.A.
_____
_____
_____