UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

— — — — — — — — — — — — — — — — — X

UNITED STATES OF AMERICA

    - against -

ZHIBIN LAI,

               Defendant.

23-CR-246 (ARR)

— — — — — — — — — — — — — — — — — X

## MOTION FOR WITHDRAWAL OF ATTORNEY

       The United States of America hereby moves the Court for an order permitting Andrew Estes to withdraw as counsel of record in the above-captioned matter. Mr. Estes is leaving the Department of Justice. The government will continue to be represented by the other counsel of record in this matter.

Dated:  Brooklyn, New York
         August 18, 2023

                                    Respectfully submitted,

                                    GLENN S. LEON
                                    Chief
                                    Fraud Section, Criminal Division
                                    United States Department of Justice

               By:    /s/ Andrew Estes
                        Andrew Estes
                        Trial Attorney
                        Fraud Section, Criminal Division
                        United States Department of Justice
                        Tel.: 202-774-7721
                        Email: andrew.estes@usdoj.gov