

**Todd A. Spodek, Esq.**
Direct Dial: (347) 292-8633
ts@spodeklawgroup.com

April 11, 2024

**BY ECF:**

Honorable Allyne R. Ross
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Defense request for temporary modification of Mr. Lai release conditions to travel outside of New York State and New Jersey for two separate trips is granted. So Ordered,

/s/(ARR)
_____
Allyne R. Ross, U.S.D.J.   4/12/2024

RE: United States v. Zhibin Lai
Case No.: 23-cr-00246-1 (ARR)
<u>Letter Motion Seeking Temporary Modification of Release Conditions</u>

Dear Judge Ross:

Please be advised that I represent **Zhibin Lai** in the above captioned action.

Mr. Lai is currently subject to release conditions as per Your Honor's June 27, 2023 (ECF No.: 8) Order, Mr. Lai cannot leave New York State and New Jersey except for travel to and from court.

We respectfully submit this letter requesting a one time temporary modification of Mr. Lai release conditions.

Mr. Lai seeks permission from the court to travel outside of New York State and New Jersey for two separate trips. The trips he would like to attend are:

1. <u>April 25, 2024</u> through <u>April 26, 2024</u> to Perryville, MD. Mr. Lai will be staying at the Great Wolf Lodge Water Park.

2. <u>May 24, 2024</u> through <u>May 27, 2024</u> to Gouldsboro, PA. Mr. Lai will be staying at an Airbnb.

All other restrictions on Mr. Lai will remain in place throughout the duration of these trips. His temporary modification will terminate on <u>April 27, 2024</u>, and then again on <u>May 28, 2024</u>.