

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

PJC
F. #2021R00440

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 16, 2025

BY ECF

The Honorable Allyne R. Ross
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Zhibin Lai
                Criminal Case No. 23-246 (ARR)

Dear Judge Ross:

      The government respectfully writes to request that the Court direct the United States Probation Department to prepare a pre-sentence investigation report for the above-referenced defendant.

                            Respectfully submitted,

                            JOSEPH NOCELLA, JR.
                            United States Attorney
                            Eastern District of New York

                            LORINDA LARYEA
                            Acting Chief, Fraud Section
                            Criminal Division
                            U.S. Department of Justice

                 By:    /s/Patrick J. Campbell
                            Patrick J. Campbell
                            Trial Attorney, Fraud Section
                            Criminal Division
                            U.S. Department of Justice
                            (202) 262-7067

cc:    Clerk of Court (ARR) (by email)
       Todd Spodek, Esq. (by email)
       Nicole Gervase (by email)