

U.S. Department of Justice

United States Attorney
Eastern District of New York

PJC
F. #2021R00440

271 Cadman Plaza East
Brooklyn, New York 11201

October 16, 2025

BY ECF

The Honorable Allyne R. Ross
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. Zhibin Lai
     Criminal Case No. 23-246 (ARR)

Dear Judge Ross:

   The government respectfully writes to request that the Court direct the United States Probation Department to prepare a pre-sentence investigation report for the above-referenced defendant.

|  |  |
|---|---|
| So Ordered,<br><br>/s/(ARR)<br>Allyne R. Ross, U.S.D.J. 10/16/2025 | Respectfully submitted,<br><br>JOSEPH NOCELLA, JR.<br>United States Attorney<br>Eastern District of New York<br><br>LORINDA LARYEA<br>Acting Chief, Fraud Section<br>Criminal Division<br>U.S. Department of Justice<br><br>By: /s/Patrick J. Campbell<br>   Patrick J. Campbell<br>   Trial Attorney, Fraud Section<br>   Criminal Division<br>   U.S. Department of Justice<br>   (202) 262-7067 |

cc: Clerk of Court (ARR) (by email)
   Todd Spodek, Esq. (by email)
   Nicole Gervase (by email)

