

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

PJC
F. #2021R00440

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 18, 2025

BY ECF

The Honorable Diane Gujarati
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: United States v. Zhibin Lai
           Criminal Case No. 23-246 (DG)

Dear Judge Gujarati:

      The government respectfully writes on behalf of the parties to request that sentencing in the above-referenced case be scheduled for the week of April 20, 2026.

      Respectfully submitted,

      JOSEPH NOCELLA, JR.
      United States Attorney
      Eastern District of New York

      LORINDA LARYEA
      Acting Chief, Fraud Section
      Criminal Division
      U.S. Department of Justice

By:  /s/Patrick J. Campbell
      Patrick J. Campbell
      Trial Attorney, Fraud Section
      Criminal Division
      U.S. Department of Justice
      (202) 262-7067

cc:    Clerk of Court (DG) (by email)
       Todd Spodek, Esq. (by email)
       Nicole Gervase (by email)