

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

PJC
F. #2021R00440

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 5, 2026

BY ECF

The Honorable Diane Gujarati
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Zhibin Lai
               Criminal Case No. 23-246 (DG)

Dear Judge Gujarati:

      The government respectfully writes on behalf of the parties to indicate that they have no objection to the Probation Department's request for an adjournment of the April 14, 2026 sentencing hearing.

      Respectfully submitted,

      JOSEPH NOCELLA, JR.
      United States Attorney
      Eastern District of New York

      LORINDA LARYEA
      Chief, Fraud Section
      Criminal Division
      U.S. Department of Justice

By:    /s/Patrick J. Campbell
        Patrick J. Campbell
        Trial Attorney, Fraud Section
        Criminal Division
        U.S. Department of Justice
        (202) 262-7067

cc:    Clerk of Court (DG) (by email)
       Todd Spodek, Esq. (by email)
       Nicole Gervase (by email)