

**Todd A. Spodek, Esq.**
Direct Dial: (347) 292-8633
ts@spodeklawgroup.com

April 15, 2026

**<u>BY ECF</u>**

The Honorable Judge Diane Gujarati
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Zhibin Lai
               Criminal Case No. 23-246
               <u>Eastern District of New York</u>

Dear Judge Gujarati:

      I write in response to the Court's April 15, 2026 Order. I respectfully request that the Court extend the deadline for the submission of Mr. Lai's sentencing memorandum and adjourn the sentencing date.

      I am awaiting important materials from my client that are necessary to prepare a complete and meaningful sentencing submission, and to ensure that the Court has a full understanding of Mr. Lai's background and circumstances.

      I have conferred with the Government, and it has no objection to this request.

      Thank you for Your Honor's consideration.

               Sincerely,
               **Spodek Law Group P.C.**
               /S/ Todd A. Spodek

cc:    All Counsel of Record (By Email).