

**Todd A. Spodek, Esq.**
Direct Dial: (347) 292-8633
ts@spodeklawgroup.com

April 16, 2026

**BY ECF**

The Honorable Diane Gujarati
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. Zhibin Lai
     Criminal Case No. 23-246
     <u>Eastern District of New York</u>

Dear Judge Gujarati:

   Defense counsel respectfully submits this letter motion seeking (1) an extension of time to file Mr. Lai's sentencing memorandum and (2) an adjournment of the sentencing date. Defense counsel also apologizes for the prior submission, which did not fully comply with the Court's Individual Practice Rules, and respectfully submits this renewed application in compliance with those Rules.

   By way of background, on June 27, 2023, Mr. Lai pleaded guilty to Count One of the Information charging conspiracy to commit health care fraud. Sentencing was initially scheduled for September 27, 2023 before the Honorable Allen R. Ross. However, the sentencing did not proceed as scheduled. On October 16, 2025, the Court directed the United States Probation Department to prepare a Presentence Investigation Report (ECF No. 39), and the case was subsequently reassigned to Your Honor.

   On November 17, 2025, the Government, on behalf of all parties, requested that sentencing be scheduled for the week of April 20, 2026 (ECF No. 41), and the Court thereafter set sentencing for April 14, 2026. On March 4, 2026, the Probation Department filed a sealed request to adjourn sentencing, which was unopposed (ECF No. 43), and sentencing was rescheduled to May 5, 2026. On April 15, 2026, defense counsel filed a letter motion seeking an extension of time and adjournment that did not fully comply with the Court's Individual Practice Rules, and respectfully submits this renewed application.

---

The current sentencing date is May 5, 2026, and the defendant's sentencing memorandum is presently due three weeks prior to sentencing. This is the defendant's second request for an adjournment of the sentencing date (the first having been requested by Probation and granted), and the first request by the defense for an extension of the sentencing memorandum deadline. No prior request by the defense has been denied.

Defense counsel respectfully requests an extension of time to submit the sentencing memorandum and a corresponding adjournment of the sentencing date. Specifically, defense counsel requests that sentencing be adjourned to June 11, 2026, or such other date thereafter as is convenient for the Court, and that the deadline for the defense sentencing memorandum be set for May 21, 2026.

This request is made because counsel is still awaiting important materials from Mr. Lai that are necessary to prepare a complete and meaningful sentencing submission, including materials bearing on his background and personal circumstances. Additional time will ensure that the Court has a full and accurate record for sentencing.

Defense counsel has conferred with Assistant United States Attorney Patrick Campbell, who consents to the requested extension of time and adjournment to June 11, 2026, or any date in the second week of June 2026.

Defense counsel respectfully submits that this request is made in good faith, will not prejudice any party, and will facilitate a more complete presentation to the Court at sentencing.

Thank you for Your Honor's consideration.

Sincerely,
**Spodek Law Group P.C.**
/S/ Todd A. Spodek

cc:     All Counsel of Record (By Email and ECF).